# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Noe Salmeron-Estrada**; DOB: 1991; Mex. Citizen<br>**Diego Lara-Contreras**; DOB: 1985; Mex. Citizen<br>**Martin Estrada-Fuentes**; DOB: 1988; Mex. Citizen<br>**Rafael Caro-Quintero**; DOB: 1974; Mex. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**13-08101M** |

Complaint for violation of Title 21      United States Code §§ 846 and 844(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

### Count 1

On or about January 24, 2013, at or near Pia Oik, in District of Arizona, **Noe Salmeron-Estrada, Diego Lara-Contreras, Martin Estrada-Fuentes, and Rafael Caro-Quintero**, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to possess with intent to distribute 100 kilograms or more but less than 1,000 kilograms of marijuana, that is, approximately 255 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

### Count 2

On or about January 24, 2013, at or near Pia Oik, in District of Arizona, **Noe Salmeron-Estrada, Diego Lara-Contreras, Martin Estrada-Fuentes, and Rafael Caro-Quintero,** did each knowingly and intentionally possess approximately 23 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 24, 2013, at approximately 9:00 p.m., a United States Border Patrol Agent, utilizing a forward looking infrared device, observed individuals near Pia Oik, Arizona. Air support responded to the area and maintained constant visual of the subjects as agents on the ground responded. Agents arrived and apprehended four subjects, later identified as Noe Salmeron-Estrada, Diego Lara-Contreras, Martin Estrada-Fuentes, and Rafael Caro-Quintero. All the subjects were found within 15 feet of 11 bundles of marijuana and all the subjects were wearing carpet shoes. The eleven bundles of marijuana had a total weight of approximately 255 kilograms. Noe Salmeron-Estrada, Diego Lara-Contreras, Martin Estrada-Fuentes, and Rafael Caro-Quintero all admitted to monetary gain from a third party for their involvement in the smuggling operation.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Fellrath/js<br>AUTHORIZED BY: AUSA    *Robert A. Fellrath* | SIGNATURE OF COMPLAINANT<br>Michael Jia<br><br>OFFICIAL TITLE      Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE *Jacqueline M. Rateau* | DATE<br>January 25, 2013 |

1) See Federal rules of Criminal Procedure Rules 3 and 54